FILED

06/16/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0193

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0193

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

v.                     O R D E R

RANDEE RAE DURAN,

     Defendant and Appellant.

_____

The record was filed for purposes of this appeal on May 2, 2023. The opening brief is now overdue.

IT IS THEREFORE ORDERED that Appellant shall prepare, file, and serve the opening brief on appeal no later than July 13, 2023. Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide copies of this Order to all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 16 2023